UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION )
(SEC), )
)
        Plaintiff, )
)
  vs. )
)
PLATINUM INVESTMENT CORPORATION, )
PLATINUM INVESTMENT HOLDING CORP., )
LEE ANTONUCCI, ANDREW ANTONUCCI, )
MARCOS MARTINEZ, JAMES FRACE, AND )
MATHEW BEAULIEU, )
)
        Defendant )

02 CIV 6093(JSR)

9/24/12

---

LEE S. SIDOTI - Deceased
And
ALICE SIDOTI with Right of Survivorship

Moving-nonparty

---

**MOTION TO MODIFY OR DISSOLVE RESTRAINING ORDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 65(b)(4)**

NOW COMES, Lee S. Sidoti and Alice Sidoti with Right of Survivorship, Pro Se, Moving-nonparty, who moves this Honorable Court to **GRANT** this motion to Modify or Dissolve Temporary Restraining Order, **PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 65(b)(4).**

    I.         INTRODUCTION

Lee S. Sidoti and Alice Sidoti with Right of Survivorship, submit this instant motion to modify or dissolve a temporary restraining order as to "Lee S. Sidoti and Alice Sidoti," releasing $3,386.47 held by Bank

of America. This motion should be granted based on the following reasons, facts and rules of law:

1. On or about July 31, 2002, this Court entered a temporary restraining order against the above entitled defendants, including Bank of America:
Account Number: 0000 0612 4242

    2. Said temporary restraining order covers and freezes assets of $3,386.47 that is solely the monies of Lee S. Sidoti and Alice Sidoti with Right of Survivorship, held by:
See **(EXHIBIT: A)**

>  **Bank of America**
>  PO Box 2518
>  Tampa FL 33622
>
>  **Account Number: 0000 0612 4242**
>
>  **Lee S. Sidoti**
>  **Alice Sidoti**
>  296 S. Union St.
>  Spenceport NY 14559

    3. The TOTAL $3,386.47 is Social Security Trust Fund money of Lee Sidoti.

    4. Said temporary restraining order has deprived Lee S. Sidoti and Alice Sidoti with her Right of Survivorship, of the fun amount of $3,386.47, being held by Bank of America.

## II.    CONCLUSION

**THEREFORE,** PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 65(b)(4), Motion to Dissolve, this Honorable Court must release the instant funds to Lee S. Sidoti and Alice Sidoti with Right of Survivorship.

**WHEREFORE**, Lee S. Sidoti and Alice Sidoti **pray** that this Honorable Court with **GRANT** this instant motion and **ENTER** an **ORDER** to Modify or Dissolve the temporary restraining order as to "Lee S. Sidoti and Alice Sidoti with Right of Survivorship," releasing the $3,386.74 held by Bank of America.

Respectfully Submitted,

_[signature]_

Alice Sidoti as Right of
Survivorship, Pro Se, Moving-nonparty
296 S. Union St.
Spenceport NY  14559

Dated this 20th day of August, 2012

- 3

## CERTIFICATE OF SERVICE

I, Alice Sidoti, hereby certify I have served an exact true copy of the foregoing motion upon the counsel for the Plaintiff, The Securities and Exchange Commission, to their last known address:

Securities and Exchange Commission
Division of Enforcement

James S. Kasmarick / Esquire
3 World Financial Center
New York, NY 10281-1022

This motion was sent by regular US Mail, postage prepaid, on this 20th day of August, 2012.

Respectfully Submitted,

Alice Sidoti as Right of
Survivorship, Pro Se, Moving-nonparty
296 S. Union St.
Spenceport NY 14559



# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Combined Statement**
Page 1 of 3      0000 6124242
Statement Period
04-16-11 through 05-16-11
B 10 0 I P PI 10

Exhibit A

MI 05/20 0  0487 364 1      535 025863 #@01 AT 0.365

LEE S SIDOTI
ALICE SIDOTI
296 S UNION ST
SPENCERPORT NY 14559-1402



247-8409

458.69

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.800.432.1000 Customer Service
1.800.288.4408 TDD/TTY Users Only
1.800.688.6086 En Español

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | 0000 0612 4242 | 05-16 | 0.02 |
| | | **Total Deposit Account Balance** | **$0.02** |

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards are issued and administered by FIA Card Services, N.A.

---

Get Automatic Savings Transfer and save your money the easy, flexible way. Set up yours today. Visit bankofamerica.com/onlinebanking, call 1.800.432.1000 (in CA call 1.800.622.8731) or talk to an associate at a banking center near you.

Recycled Paper

Combined Statement
Page 2 of 3                0000612424
Statement Period
04-16-11 through 05-16-11
B  10  0  I  P  PI    10

LEE S SIDOTI
ALICE SIDOTI

## Deposit Accounts

### Interest Checking

LEE S SIDOTI   ALICE SIDOTI

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0000 0612 4242 |
| Beginning Balance on 04-16-11 | $ | 3,387.80 |
| Deposits and Other Additions | + | 0.02 |
| Service Charges and Other Fees | - | 100.00 |
| Other Subtractions | - | 3,287.80 |
| Ending Balance on 05-16-11 | $ | 0.02 |

Annual Percentage Yield Earned this Statement Period: 0.01%
Interest Paid Year to Date: $0.14
Your account has overdraft protection provided by Line of Credit number 6827 1024 406799.

### Your Total Qualifying Balance Is Based on the Following Accounts

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Interest Checking | 0000 0612 4242 | 2,185.67 | Average | 05-13 |

Total Qualifying Balance $2,185.67

Your monthly maintenance fee on your checking account was waived for this statement cycle. Thank you for choosing to bank with us.

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 05-05 | 3,287.80- | 100.00 | Legal Order, Lts U062610992491 |
| 05-05 | 100.00- | 0.00 | Legal Order Fee, Lts U062610992491 |
| 05-16 | 0.02+ | 0.02 | Interest Earned |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|---|---|---|---|
| Beginning | 3,387.80 | 05-16 | 0.02 |