

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Three World Financial Center
New York, NY 10281

DIVISION OF
ENFORCEMENT

DAVID STOELTING
Senior Trial Counsel
(212) 336-0174 (direct)
(212) 336-1324 (fax)

September 18, 2012

**By U.S. Mail**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse, Room 1340
500 Pearl Street
New York, New York 10007

*docket as a letter*

Re:   **SEC v. Platinum Investment Corp., et al., 02 Civ. 6093 (JSR)**

Dear Judge Rakoff:

I write regarding nonparty Alice Sidoti's *pro se* Motion to Modify or Dissolve a Restraining Order dated August 20, 2012.

The SEC does not oppose this motion.

Respectfully submitted,

David Stoelting

9/25/12

cc (by U.S. Mail):   Alice Sidoti
296 South Union Street
Spenceport, NY 14559