UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES and EXCHANGE COMMISSION,  :
                                     :
                    Petitioner,      :    02 Civ. 6093 (JSR)
                                     :
        -v-                          :
                                     :    ORDER
PLATINUM INVESTMENT CORP.,           :
                                     :
                    Respondent.      :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

On August 20, 2012, Alice Sidoti moved to dissolve this Court's Order, originally entered October 23, 2002, freezing certain assets of the now deceased Lee S. Sidoti. Specifically, Ms. Sidoti requests that the asset freeze be lifted with regard to funds in a Bank of America account held in the names of Lee S. Sidoti and Alice Sidoti. This Court has previously denied without prejudice a similar motion made by Ms. Sidoti because she had failed to provide proper documentation of the account or of her right to survivorship. See 02 Civ. 6093, dkt. 173. The instant motion, however, does include such documentation, and the SEC does not oppose the motion. Therefore, Ms. Sidoti's August 20, 2012 pro se Motion to Modify or Dissolve a Restraining Order is hereby granted. The Clerk of the Court is directed to close document number 178 on the docket of this case.

SO ORDERED.

Dated: New York, NY
       September 24, 2012                   _____
                                            JED S. RAKOFF, U.S.D.J.